**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

\_\_\_ : \_\_\_

**CASE NO.:** CV 08-07638 SJO (PJWx)     **DATE:** <u>December 17, 2009</u>

**TITLE:** L.A. Printex Industries, Inc., v. Rad Clothing, Inc., et al.,

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                         Not Present
Courtroom Clerk                                      Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                              Not Present

========================================================================

**PROCEEDINGS (IN CHAMBERS):**

Case should have been closed on minute order dated 11/30/09. Make JS-6.